**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| ARICK BUCKLES, | ) |
|               Plaintiff, | ) ) ) |
| v. | )   Case No. 12-CV-01194-JBM-JAG |
| JOHN E. THOMPSON, individually and in his official capacity as Sheriff of Bureau County; LARRY D. FLOYD, WILLIAM J. REDSHAW, AMY J. DROZDA, JEREMY J. ROUSH, CRIS SPIEGEL, MARK A. OLSZEWSKI, DEXTER D. HANSEN, TERESA L. KIEST, JASON DRAKE, JOSEPH A. FLANAGAN, SEAN P. EGAN, JENNIFER M. MILLER, BRIAN D. EHLERT, Jailers of Bureau County Jail, individually; ADVANCED CORRECTIONAL HEALTHCARE, INC.; DR. HUGHES LOCHARD, NURSE LANELL ROE, NURSE TWYLA THOLIN, Medical Personnel of Advanced Correctional Healthcare, Inc., individually; and BUREAU COUNTY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|               Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Arick Buckles ("Plaintiff") and Defendants John E. Thompson, Larry D. Floyd, William J. Redshaw, Amy J. Drozda, Jeremy J. Roush, Cris Spiegel, Mark A. Olszewski, Dexter D. Hansen, Teresa L. Kiest, Jason Drake, Joseph A. Flanagan, Sean P. Egan, Jennifer M. Miller, Brian D. Ehlert, Advanced Correctional Healthcare, Inc., Dr. Hughes Lochard, Nurse Lanell Roe, Nurse Twyla Tholin, and Bureau County (collectively, "Defendants"), hereby submit this stipulation of dismissal.

1. On June 18, 2012, Plaintiff Arick Buckles filed the Complaint in Case No. 12-CV-01194-JBM-JAG (C.D. Ill.) (the "Action") against Defendants John E. Thompson, William

J. Redshaw, Amy J. Drozda, Jeremy J. Roush, Cris Spiegel, Mark A. Olszewski, Dexter D. Hansen, Teresa L. Kiest, Jason Drake, Joseph A. Flanagan, Sean P. Egan, Jennifer M. Miller, Brian D. Ehlert, and Bureau County, alleging a claim under 42 U.S.C. § 1983 for violation of the Fourteenth Amendment for deliberate indifference to Plaintiff's serious medical needs and a claim under 42 U.S.C. § 12131 et seq. for violation of the Americans with Disabilities Act for discrimination on the basis of a disability.

2. With leave of the Court, on September 26, 2012, Plaintiff Arick Buckles filed his First Amended Complaint in this Action against Defendants John E. Thompson, Larry D. Floyd, William J. Redshaw, Amy J. Drozda, Jeremy J. Roush, Cris Spiegel, Mark A. Olszewski, Dexter D. Hansen, Teresa L. Kiest, Jason Drake, Joseph A. Flanagan, Sean P. Egan, Jennifer M. Miller, Brian D. Ehlert, Advanced Correctional Healthcare, Inc., Dr. Hughes Lochard, Nurse Lanell Roe, Nurse Twyla Tholin, and Bureau County, alleging a claim under 42 U.S.C. § 1983 for violation of the Fourteenth Amendment for deliberate indifference to Plaintiff's serious medical needs and a claim under 42 U.S.C. § 12131 et seq. for violation of the Americans with Disabilities Act for discrimination on the basis of a disability.

3. Plaintiff and Defendants have entered into a Settlement Agreement for monetary relief to Plaintiff, policy changes, training, and dismissal of this Action, including all claims and defenses in this Action, with prejudice.

4. Accordingly, pursuant to the terms of the Settlement Agreement, Plaintiff and Defendants hereby stipulate and agree as follows:

    a. All claims and defenses between Plaintiff and Defendants in this Action are hereby dismissed with prejudice; and

b. Each party shall bear its own fees and costs in connection with this Action, including attorney fees.

Dated: September 18, 2013                           Respectfully submitted,

By:   _s/ *Dan H. Hoang* _____                  By:   _s/ *John P. Heil, Jr.*_____

Samuel S. Park                                      David A. Perkins
Dan H. Hoang                                        John P. Heil, Jr.
WINSTON & STRAWN LLP                                HEYL ROYSTER VOELKER & ALLEN
35 West Wacker Drive                                124 SW Adams St.
Chicago, Illinois 60601                             Suite 600
Tel: (312) 558-5600                                 Peoria, IL 61602
Fax: (312) 558-5700                                 Telephone: (309) 676-0400
spark@winston.com                                   Facsimile: (309) 676-3374
dhoang@winston.com                                  dperkins@heylroyster.com
                                                    jheil@heylroyster.com
John A. Knight
Harvey Grossman                                     *Attorneys for John E. Thompson, Larry D.*
ROGER BALDWIN FOUNDATION OF ACLU, INC.              *Floyd, William J. Redshaw, Amy J. Drozda,*
180 North Michigan Avenue                           *Jeremy J. Roush, Cris Spiegel, Mark A.*
Suite 2300                                          *Olszewski, Dexter D. Hansen, Teresa L. Kiest,*
Chicago, Illinois 60601                             *Jason Drake, Joseph A. Flanagan, Sean P.*
(312) 201-9740                                      *Egan, Jennifer M. Miller, Brian D. Ehlert,*
                                                    *and Bureau County*
*Attorneys for Plaintiff Arick Buckles*

                                                    By:   _s/ *Peter R. Jennetten* _____

                                                    Peter R. Jennetten
                                                    QUINN JOHNSTON HENDERSON & PRETORIUS
                                                    227 NE Jefferson St.
                                                    Peoria, IL 61602
                                                    Telephone: (309) 674-1133
                                                    Facsimile: (309) 674-6503
                                                    pjennetten@qjhpc.com

                                                    *Attorney for Advanced Correctional*
                                                    *Healthcare, Inc., Dr. Hughes Lochard, Nurse*
                                                    *Lanell Roe, and Nurse Twyla Tholin*